# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

In re:  Carroll Anthony Briggs                                    Case Number: 04-39379
        Vanessa Rae Briggs                                        Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

     Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

|  | **Amount of Dividend** |
|---|---|
| **Carroll Anthony Briggs**<br>**Vanessa Rae Briggs**<br>**3918 Seamist Road**<br>**Chester, VA  23831** | **$ 7.15** |

**Dated: August 27, 2010**

\S\ Robert E. Hyman
_____
(Signature of Trustee)

**Robert E. Hyman**
**Standing Chapter 13 Trustee**
**P.O. Box 1780**
**Richmond, VA. 23218-1780**